**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MCKELVY, | No. C -11-03316(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| SOUTHWEST AIRLINES, | |
| Defendant. / | |

This matter is referred to Magistrate Judge Maria-Elena James to conduct a settlement conference. Counsel will be contacted by Judge James's chambers with a date and time for the conference which shall occur during the month of September, 2012.

IT IS SO ORDERED.

Dated: September 14, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge